UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOCTOR'S DATA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-03795 |
| | ) | |
| STEPHEN J. BARRETT, M.D., THE | ) | Hon. John J. Tharp, Jr. |
| NATIONAL COUNCIL AGAINST | ) | |
| HEALTH FRAUD, INC., and | ) | |
| QUACKWATCH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES DOCTOR'S DATA, Inc. ("DDI"), by its attorneys, and moves for summary judgment on Count 5 (Libel *per se*) and on Defendants' Affirmative Defenses. In support, DDI submits the attached memorandum of law.

WHEREFORE, DOCTOR'S DATA, INC., Plaintiff, prays that this Court enter an order granting DDI summary judgment on Count 5 (Libel *per se*) and on Defendants' Affirmative Defenses.

Respectfully Submitted,   Respectfully Submitted,

KULWIN, MASCIOPINTO & KULWIN, LLP.   AUGUSTINE, KERN AND LEVENS, LTD.

By: s/Anthony J. Masciopinto   By: s/Jeffrey Levens
   One of the Attorneys for       One of the Attorneys for
   Plaintiff's Doctor's Data      Plaintiff's Doctor's Data

| | |
|---|---|
| KULWIN, MASCIOPINTO & KULWIN, LLP. | AUGUSTINE, KERN AND LEVENS, LTD |
| Shelly B. Kulwin | Algis Augustine |
| Anthony J. Masciopinto | Jeffrey Levens |
| 161 N. Clark Street, #2500 | 218 N. Jefferson Street, Suite 202 |
| Chicago, Illinois 60601 | Chicago, Illinois 60661 |
| Phone: 312.641.0300 | Phone: 312.648.1111 |
| Fax: 312.855.0350 | Fax: 312.648.1057 |

CERTIFICATE OF SERVICE

   I, Jeffrey B. Levens, an attorney, hereby certify that on February 18, 2014, I caused true and correct copies of the foregoing Motion For Summary Judgment, DDI's Memorandum in Support of Its Motion for Summary Judgment, and Local Rule 56.1 Statement of Material Facts and accompanying exhibits to be sent to all parties via the court's electronic filing system. I further certify that I caused unredacted copies of the same to be sent via e-mail to:

**Attorneys for Defendants:**

Michael K. Botts
Attorney at Law
1629 K. Street NW, Suite 300
Washington, DC 20006
mkbotts@verizon.net

Peter M. Katsaros
Golan & Christie LLP
70 West Madison - Suite 1500
Chicago, Illinois 60602
pmkatsaros@golanchristie.com

                /s/ Jeffrey B. Levens
                Jeffrey B. Levens


| KULWIN, MASCIOPINTO & KULWIN, LLP. | AUGUSTINE, KERN AND LEVENS, LTD |
|---|---|
| Shelly B. Kulwin | Algis Augustine |
| Anthony J. Masciopinto | Jeffrey Levens |
| 161 N. Clark Street, #2500 | 218 N. Jefferson Street, Suite 202 |
| Chicago, Illinois 60601 | Chicago, Illinois 60661 |
| Phone: 312.641.0300 | Phone: 312.648.1111 |
| Fax: 312.855.0350 | Fax: 312.648.1057 |