IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOCTOR'S DATA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 10-cv-3795 |
| | ) | |
| STEPHEN J. BARRETT, M.D., | ) | Honorable John J. Tharp, Jr. |
| NATIONAL COUNCIL AGAINST | ) | |
| HEALTH FRAUD, INC., and | ) | |
| QUACKWATCH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCE OF ANITA J. PANCHOLI**

Pursuant to Local Rule 83.17, the undersigned counsel of record hereby moves for leave to withdraw her appearance as counsel for Defendants, Stephen J. Barrett, M.D., The National Council Against Health Fraud, Inc. and Quackwatch, Inc. (collectively, the "Defendants"). In support thereof, the undersigned states as follows:

1. At the time of filing her appearance in this matter on behalf of Defendants, the undersigned counsel was employed by the law firm of Golan & Christie LLP.

2. As of December 11, 2014, the undersigned counsel is no longer employed by Golan & Christie LLP.

3. Peter M. Katsaros and Ashley L. Orler of Golan & Christie LLP will remain as counsel of record for Defendants.

4. The undersigned counsel's withdrawal from this matter will not prejudice Defendants or any other party.

{00190057.DOCX /}

5. For all the above reasons, the Court should grant the undersigned counsel leave to withdraw her appearance on behalf of Defendants.

WHEREFORE, the undersigned counsel requests that this Court enter an order withdrawing Anita J. Pancholi's appearance in this matter as counsel for Defendants.

Dated: December 15, 2014

Respectfully submitted,

STEPHEN J. BARRETT, M.D., THE NATIONAL COUNCIL AGAINST HEALTH FRAUD, INC., AND QUACKWATCH, INC.,

Defendants

By: /s/ Anita J. Pancholi
One of Their Attorneys

Local counsel:
Peter M. Katsaros, Esq. (#3122661)
Ashley L. Orler (#6297339)
Anita J. Pancholi (#6311288)
GOLAN & CHRISTIE LLP
70 W. Madison St., Ste. 1500
Chicago, Illinois 60602
(312) 263-2300

Counsel *pro hac vice*:
Michael K. Botts, Esq. (D.C. Bar #417717)
MICHAEL K. BOTTS, ATTORNEY AT LAW
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 204-2236

{00190057.DOCX /}